UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROY DIAZ BRITO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATO and DOD and DOJ,<br><br>　　　　　　Defendants. | No.  2:25-cv-1229-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 3) |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On July 25, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 3.  Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed July 25, 2025, (ECF No. 3) are adopted in full;

　　　　2. The complaint (ECF No. 1) is DISMISSED because it fails to state a claim upon which

relief can be granted; and

    3.  The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:  **September 3, 2025**

                                              Dena Coggins
                                              United States District Judge